IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98- *62M* |
| PARESH PATEL, | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO SEAL**
**CRIMINAL COMPLAINT, AFFIDAVIT, ARREST WARRANT AND FILE**

The United States of America, by and through its attorneys, Gregory M. Sleet, United States

Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the

District of Delaware, moves that the Criminal Complaint, Affidavit, Arrest Warrant and File in the

above-captioned case be sealed until the arrest and apprehension of the defendant.

GREGORY M. SLEET
United States Attorney

BY: _____

Edmond Falgowski
Assistant United States Attorney

Dated:  May 18, 1998

**IT IS SO ORDERED** this *18th* day of *May* , 1998.

_____
HONORABLE MARY PAT TROSTLE
United States Magistrate Judge