IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 98-62-M (MPT) |
| | ) |
| PARESH PRABHUDAS PATEL, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the Criminal Complaint and the entire file as to the above-captioned defendant.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: March 7, 2005

IT IS SO ORDERED this __11__ day of __March__, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court