IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 98-62-M (MPT) |
| PARESH PRABHUDAS PATEL, ) | |
| Defendant. ) | |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court in the exercise of prosecutorial discretion to dismiss the Criminal Complaint and Warrant for Arrest, issued on or about May 18, 1998.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: March 7, 2005

SO ORDERED this _11_ day of _March_, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court