# United States District Court

DISTRICT OF ____DELAWARE____

UNITED STATES OF AMERICA
V.
PARESH P. PATEL

**WARRANT FOR ARREST**

CASE NUMBER: 98-62m

To: The United States Marshal
and any Authorized United States Officer

REDACTED

YOU ARE HEREBY COMMANDED to arrest ____Paresh P. Patel____
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

INS Marriage Fraud

in violation of Title ____8____ United States Code, Section(s) ____1325(c)____

| Honorable Mary Pat Trostle | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] Mary Pat Trostle | May 18, 1998  Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ____ DISMISSED per Court Order ____ | | |
| DATE RECEIVED 05-18-98 | NAME AND TITLE OF ARRESTING OFFICER William David Dixon | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 3-11-05 | | |